Case 4:20-cv-00002   Document 18   Filed 05/22/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 22, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELVIN JOHNSON, individually and on behalf of all others similarly situated | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 4:20-cv-00002 |
| JD EARL WATERWORKS, LLC and BRAD M. EARL | § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING STIPULATED DISMISSAL

On this date, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice. Pursuant to the joint stipulation, the Court hereby **ORDERS**:

1. All claims asserted by Plaintiff Melvin Johnson in the above-captioned lawsuit are dismissed in their entirety with prejudice to their being re-filed; and

2. Each party shall bear his or its own attorneys' fees and costs.

This is a final judgment.

Signed this 22nd day of May, 2020.

Hon. Charles Eskridge
United States District Judge

1